THE STATE OF OHIO, APPELLEE, *v.* SCOTT, APPELLANT.

[Cite as *State v. Scott*, 130 Ohio St.3d 260, 2011-Ohio-5343.]

*Cause remanded to the court of appeals for application of* State v. Williams *and* State v. Dunlap.

(No. 2010–1483—Submitted September 21, 2011—Decided October 20, 2011.)

{¶ 1} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108, and *State v. Dunlap*, 129 Ohio St.3d 461, 2011-Ohio-4111, 953 N.E.2d 816.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents as to the application of *State v. Williams*.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Williamson, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John Martin, Assistant Public Defender, for appellant.